In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property for Additions to Inwood Hill Park and Isham Park in the Borough of Manhattan.

CARL VOELCKER et al., Respondents.

(Argued March 23, 1931; decided April 7, 1931.)

*Arthur J. W. Hilly*, Corporation Counsel (*Joel J. Squier* and *William B. R. Faber* of counsel), for appellant.

*Martin Conboy, Charles C. Lockwood, David Asch* and *Edwin N. Moore* for respondents.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG and HUBBS, JJ. Dissenting: O'BRIEN, J. Not sitting: LEHMAN, J.